# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**CHERYL MILLER**                                               **PLAINTIFF**

**v.**                          **NO: 1:19-CV-10-JM**

**APOLLO ENDOSURGERY, US INC.,**
**ALLERGAN SALES, LLC, and**
**ALLERGAN, INC.**                                              **DEFENDANTS**

## JUDGMENT

The complaint of the Plaintiff, Cheryl Miller, is hereby dismissed with prejudice pursuant to the order entered this same date.

DATED this 12th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE