# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

CHERYL MILLER                                                                                       PLAINTIFF

v.                                              NO. 1:19-cv-00010-JM

APOLLO ENDOSURGERY US, INC;
ALLERGAN SALES, LLC; and
ALLERGAN, INC.                                                                                    DEFENDANTS

## **ORDER OF DISMISSAL**

Plaintiff filed a Stipulation of Dismissal on June 17, 2020.   There have been no objections filed.   Therefore, this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 6th day of August, 2020.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE